IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GARY REECE                                                                                                    PLAINTIFF

v.                                            Case No. 4:17-cv-00787-KGB

BANK OF NEW YORK MELLON,
TRUSTEE FOR CIT MORTGAGE
LOAN TRUST 2007-1;
WILSON & ASSOCIATES PLLC                                                                      DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered in this matter on this date, the Court grants the motion for summary judgment filed by defendant Bank of New York Mellon, as Trustee for CIT Mortgage Loan Trust 2007-1, against plaintiff Gary Reece (Dkt. No. 14). Mr. Reece's claims are dismissed with prejudice.

So adjudged this 31st day of March, 2019.

_____
Kristine G. Baker
United States District Judge